

# DEPARTMENT OF THE NAVY
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/ 0 8 8

MAR 2 4 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Office of Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445-6863

Dear Sir or Madam:

SUBJ: FEDERAL TORT CLAIM ARISING ON JANUARY 5, 2002 AT NORTHEASTRN UNIVERSITY, 02-FTA-558

   This responds to the Town's claim in the amount of one million three thousand six hundred twenty-two dollars and thirty-two cents ($1,003,622.32) for indemnification for payments made to firefighters Babcock, Kelley, Gregorio, and Canney who are employees of the Town of Brookline. The firefighters were injured when a dugout, owned and maintained by Northeastern University, overturned on January 5, 2002 at the athletic field complex on the university campus.

   It is our understanding the Town filed claims against other Federal agencies, including the Department of the Army, the Department of the Air Force, and the United States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal agency is involved in the events giving rise to the claim, they will designate a single agency to investigate and decide the merits of the claim. The United States Navy was designated as that agency and, as such, is responsible for the final administrative determination of the claim.

   A thorough examination of the facts available indicates the United States is not liable under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek compensation from the United States when damage is caused by negligent or wrongful acts or omissions of government employees acting within the scope of their employment. Our investigation and analysis of this claim finds that there is no negligence on the part of any government employee. Accordingly, the Town's claim is denied.

   If the Town does not agree with this decision, be advised that it has six months from the date of mailing of this letter to file suit in the appropriate Federal District Court. My

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any questions, he may be reached at (757) 444-5341.

                        Sincerely,

                        MICHAEL E. MCGREGOR
                        Captain, United States Navy
                        Judge Advocate General's Corps
                        Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223