# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

TOWN OF BROOKLINE,
                Plaintiff

        v.                               CIVIL ACTION NO.:
                                                    04-12003-EFH

UNITED STATES OF AMERICA, ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

January 18, 2005

HARRINGTON, S.D.J.

     The Court dismisses the above-entitled case for failure of the plaintiff to serve the defendants with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

     SO ORDERED.

                                                           /s/ Edward F. Harrington
                                                           EDWARD F. HARRINGTON
                                                           United States Senior District Judge