UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE TOWN OF BROOKLINE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-12003 EFH |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF THE NAVY, ) | |
| NORTHEASTERN UNIVERSITY, and ) | |
| LEDGEWOOD CONSTRUCTION CO., INC., ) | |
| ) | |
| Defendants ) | |

THE PLAINTIFF, TOWN OF BROOKLINE'S MOTION FOR
RECONSIDERATION OF THE JANUARY 18, 2005 ORDER OF DISMISSAL AND
TO ENLARGE THE TIME FOR SERVICE OF PROCESS ON
THE DEFENDANT, LEDGEWOOD CONSTRUCTION COMPANY

Pursuant to Fed.R.Civ.P. Local Rule 4.1, and Federal Rules of Civil Procedure 4(m) and 6(b), the plaintiff, the Town of Brookline ("Brookline") respectfully moves this Court (1) for reconsideration of the January 18, 2005 Order of Dismissal in this matter, and (2) for an Order enlarging the time for service of process upon the defendant, Ledgewood Construction Company, all for good cause.

In support of its motion, Brookline states the following:

1. The plaintiff's complaint was filed on September 16, 2004. Pursuant to Fed.R.Civ.P. 4(m), service of the summons and a copy of the complaint was required to be made upon each of the defendants within one-hundred twenty (120) days of filing, or by January 14, 2005.

2. On January 10, 2005, service was made upon the defendant, Northeastern University, by a Suffolk County Deputy Sheriff. (Ex. 1)

3. On January 11, 2005, service was made upon the defendant, the United States of America, by a Deputy United States Marshal. (Ex. 2)

4. On January 11, 2005, service was made upon the defendant, the United States Department of the Navy, by a United States Marshal. (Ex. 3)

5. On January 18, 2005, this Court entered an Order of Dismissal for "failure of the plaintiff to serve the defendants with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure." (Ex. 4). The plaintiff's counsel was notified of the Order by electronic mail on January 19, 2005.

6. On January 19, 2005, Brookline's counsel was informed by a Norfolk County Deputy Sheriff that service of the summons and complaint was attempted to be made upon the defendant, Ledgewood Construction Company on several occasions prior to January 14, 2005 at 233 Victory Road, North Quincy, Massachusetts but that service could not be made because the defendant was no longer present or conducting business from such address (Ex. 5). The Deputy Sheriff also said that a Commonwealth of Massachusetts' Registry of Motor Vehicles query had revealed the same address.

7. On January 19, 2005, the Commonwealth of Massachusetts' Secretary of State's Corporations Division also listed 233 Victory Road, North Quincy, Massachusetts 02171 as Ledgewood Construction Company's corporate address.

8. Ledgewood Construction Company assents to so much of plaintiff's Motion as it seeks to enlarge the time for effecting service upon said Company. See, Affidavit of Joslin Murphy.

Pursuant to Fed.R.Civ.P. Local Rule 4.1(B), Brookline's affidavit in support of its motion is attached hereto and is incorporated herein by reference.

WHEREFOR, for good cause, Brookline respectfully moves this honorable Court (1) for reconsideration of the January 18, 2005 Order of Dismissal, and (2) for an Order enlarging the time for service of the summons and complaint upon the defendant, Ledgewood Construction Company, by thirty (30) days, or by February 13, 2005.

Respectfully Submitted,

THE DEFENDANT,
The Town of Brookline

By: 
Joslin Murphy
BBO No. 553471
Associate Town Counsel
333 Washington Street
Brookline, MA 02445
(617) 730-2190

Dated: January 21, 2005

## Certificate of Service

I, Joslin Murphy, attorney for the defendant, the Town of Brookline, in this matter, hereby certify that on January 21, 2005, true copies of the foregoing motion and attached affidavit were served upon each of the defendants by first class mail to their attorneys of record.