UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE TOWN OF BROOKLINE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>DEPARTMENT OF THE NAVY, )<br>NORTHEASTERN UNIVERSITY, and )<br>LEDGEWOOD CONSTRUCTION CO., INC., )<br>)<br>Defendants )<br>) | C.A. No. 04-12003 EFH |

### AFFIDAVIT OF JOSLIN MURPHY

I, Joslin Murphy, attorney for the plaintiff in this matter, the Town of Brookline, hereby state the following:

1. The plaintiff's complaint was filed on September 16, 2004. Pursuant to Fed.R.Civ.P. 4(m), service of the summons and a copy of the complaint was required to be made upon the defendants within one-hundred twenty (120) days of filing the complaint, or by January 14, 2005.

2. Upon information and belief, on January 10, 2005, service was made upon the defendant, Northeastern University, by a Suffolk County Deputy Sheriff.

3. Upon information and belief, on January 11, 2005, service was made upon the defendant, the United States of America, by a Deputy United States Marshal.

4. Upon information and belief, on January 11, 2005, service was made upon the defendant, the United States Department of the Navy, by a United States Marshal.

5. On January 19, 2005, Deputy Sheriff Ronald Goguen informed me that he had attempted to serve the summons and complaint upon the defendant, Ledgewood Construction Company, at 233 Victory Road, North Quincy, Massachusetts 02171, but that service could not be made because the defendant was no longer present or conducting business from such address. The Deputy Sheriff also told me that a Commonwealth of Massachusetts Registry of Motor Vehicles query revealed the same address that appears on the summons.

6. I had no prior knowledge that the summons and complaint had not been served, nor was I aware that Ledgewood Construction Company's corporate office had moved.

7. On January 19, 2005, the Commonwealth of Massachusetts Secretary of State's Corporations Division listed 233 Victory Road, North Quincy, Massachusetts 02171, as Ledgewood Construction Company's corporate address.

8. On January 21, 2005 I spoke with counsel for the defendant Ledgewood Construction Company, who assents to Brookline's motion to enlarge the time for service of process in this matter.

9. The attached exhibits are true copies of the returns of service in this action.

Signed under the pain and penalties of perjury on this 21st day of January 2005.

_____
Joslin Murphy

EXHIBIT 1

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The     District of     Massachusetts

THE TOWN OF BROOKLINE

V.

THE UNITED STATES OF AMERICA
DEPARTMENT OF THE NAVY
NORTHEASTERN UNIVERSITY
SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.

CASE

**SUMMONS IN A CIVIL CASE**

04 12003 EFH

TO: (Name and address of Defendant)

NORTHEASTERN UNIVERSITY
c/o AGENT IN CHARGE,
ADMINISTRATIVE OFFICES
360 HUNTINGTON AVE.
BOSTON, MA 02115

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joslin Murphy, Associate Town Counsel, Town of Brookline
333 Washington Street, Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

1 6 2004

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                                           January 14, 2005

I hereby certify and return that on 1/10/2005 at 2:15PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Karen Browne, receptionist legal, agent and person in charge at time of service, for General Counsel for Northeastern University, at , 110 Churchill Hall, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Arthur Isberg

                                                                          _____
                                                                              Deputy Sheriff

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                         _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
**United States Marshals Service**

PROCE
See Instru
on the rev

EXHIBIT 2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The Town of Brookline | 04-12003EFH |
| DEFENDANT S | TYPE OF PROCESS |
| The United States of America, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney Michael J. Sullivan for The United States of America

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joslin Murphy, Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2  1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                     Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 617-730-2190
DATE: 1/06/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 28
District to Serve No. 28
Signature of Authorized USMS Deputy or Clerk
Date: 1/11/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MARLON RAMIREZ RECEPTIONIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/11/05
Time: 12:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED                    3. NOTICE OF SERVICE                    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

PROCE
See Instru
on the rev

EXHIBIT 3

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The Town of Brookline | 04-12003EFH |
| DEFENDANT | TYPE OF PROCESS |
| The United States of America, et al. | Summons and Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Department of the Navy, c/o U.S. Attorney Michael J. Sullivan

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joslin Murphy, Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 617-730-2190
DATE: 1/06/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 
District to Serve No.: 
Signature of Authorized USMS Deputy or Clerk
Date: 1/11/

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MARLON RAMIREZ - RECEPTIONIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/11/05
Time: 12:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

REMARKS:

NOTE

EXHIBIT 4

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TOWN OF BROOKLINE,
        Plaintiff

v.

CIVIL ACTION NO.:
04-12003-EFH

UNITED STATES OF AMERICA, ET AL.,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL

January 18, 2005

HARRINGTON, S.D.J.

The Court dismisses the above-entitled case for failure of the plaintiff to serve the defendants with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED.

                          /s/ Edward F. Harrington
                          EDWARD F. HARRINGTON
                          United States Senior District Judge

EXHIBIT 5

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of  Massachusetts

THE TOWN OF BROOKLINE

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA
DEPARTMENT OF THE NAVY
NORTHEASTERN UNIVERSITY          CASE
SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.

TO: (Name and address of Defendant)

LEDGEWOOD CONSTRUCTION COMPANY, INC.
233 VICTORY ROAD
NORTH QUINCY, MA 02169

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joslin Murphy, Associate Town Counsel, Town of Brookline
333 Washington Street, Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within  twenty  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ANASTAS

SEP 1 5 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

_____
*Address of Server*

---

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

By virtue of this writ I have made diligent search for the within-named Ledgewood Construction Company, Inc. and for his/her/its last and usual place of business, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*