```
                                                              FILED
                                                          IN CLERKS OFFICE

                                                         2005 FEB 10  P 1:36
```

## WAIVER OF SERVICE OF SUMMONS

```
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF MASS
```

TO:   Joslin Murphy

    I acknowledge receipt of your request that I waive service of a summons in the action of Town of Brookline vs. The United States of America, et al, which is case number 04-12003 EFH in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 4, 2005, or within 90 days after that date if the request was sent outside the United States.

2-7-05
Date

_____
Signature

Printed/Typed name: Christopher Maffucci
[As Attorney for Joseph P. Trainor, President]
[Of Ledgewood Construction Company, Inc.]