AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of Massachusetts

FILED
CLERKS OFFICE
2005 FEB -3 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

THE TOWN OF BROOKLINE

V.

THE UNITED STATES OF AMERICA
DEPARTMENT OF THE NAVY
NORTHEASTERN UNIVERSITY
SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.

CASE

**SUMMONS IN A CIVIL CASE**

04 12003 EFH

TO: (Name and address of Defendant)

NORTHEASTERN UNIVERSITY
c/o AGENT IN CHARGE,
ADMINISTRATIVE OFFICES
360 HUNTINGTON AVE.
BOSTON, MA 02115

SCANNED
DATE: 2/4/05
BY: DH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joslin Murphy, Associate Town Counsel, Town of Brookline
333 Washington Street, Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1 6 2004
CLERK
_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                                                    January 14, 2005

I hereby certify and return that on 1/10/2005 at 2:15PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Karen Browne, receptionist legal, agent and person in charge at time of service, for General Counsel for Northeastern University, at , 110 Churchill Hall, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Arthur Isberg

                                                                                 Deputy Sheriff

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.