UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BROOKLINE,<br>　　　　　　PLAINTIFF | ) ) ) ) | CA NO 1:04-cv-12003-EFH |
| v. | ) ) | |
| UNITED STATES OF AMERICA, ET AL,<br>　　　　　　DEFENDANTS. | ) ) ) | |
| FREDERICK BABCOCK, ET AL,<br>　　　　　　PLAINTIFFS, | ) ) ) ) | CA NO 1:04-cv-11413-EFH |
| v. | ) ) | |
| UNITED STATES OF AMERICA, ET AL,<br>　　　　　　DEFENDANTS. | ) ) ) ) | |

### ASSENTED TO MOTION OF THE TOWN OF BROOKLINE
### FOR CONSOLIDATION OF RELATED ACTIONS

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Plaintiff, Town of Brookline, moves this Honorable Court for Consolidation of Related Actions.

As its reasons therefore, the Plaintiff Town of Brookline's Memorandum in Support of Motion for Consolidation of Related Actions is attached hereto.

A Proposed Order Granting Motion of the Town of Brookline for Consolidation of Related Actions is attached.

Respectfully submitted,

*Town of Brookline*
By its Attorney:

_/s/ Joslin Murphy /aod_
Joslin Murphy
BBO No. 553471
Associate Town Counsel
333 Washington Street
Brookline, MA 02445
Tel. No. (617)730-2190

Dated: April _18_, 2005

Assented To:

*For the Defendant*
*Split Boulder Construction, Inc.*

*For the Plaintiffs*
*Frederick Babcock, Joseph Canney,*
*Thomas Gregorio, John Kelley & Yvonne Kelley*

_/s/ John H. Bruno /aod_
John H. Bruno, II, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360
(508)747-5277

_/s/ Michael E. Mone /aod_
Michael E. Mone, Sr., Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110
(617)482-0333

*For the Defendant*
*Northeastern University*

*For the Defendant*
*United States of America*

_/s/ Gerald F. Lucey /aod_
Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109
(617)778-7500

_/s/ Matthew A. Connelly /aod_
Matthew A. Connelly
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044
(202)616-4040

2

*For the Defendant*
*PEDA, Inc.*

/s/ Brian C. Newberry
Brian C. Newberry
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617)405-4500

*For the Defendant*
*Ledgewood Construction Corp.*

/s/ Christopher Maffucci
Christopher Maffucci, Esq.
Casner & Edwards, LLP.
303 Congress Street
Boston, MA 02210
(617)426-5900

Dated: April 18, 2005