UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE TOWN OF BROOKLINE,
    Plaintiffs

VS.                                                                             C.A. NO. 04CV12003-EFH

UNITED STATES OF AMERICA, ET AL.

_____

NORTHEASTERN UNIVERSITY,
    Defendant/Third-Party Plaintiff

VS.

SPLIT BOULDER CONSTRUCTION COMPANY, INC.
and PEDA, INC.,
    Third-Party Defendants

_____

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs

VS.                                                                             C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA, ET AL.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER OF THE THIRD-PARTY DEFENDANT, SPLIT BOULDER CONSTRUCTION COMPANY, INC., TO DEFENDANT/THIRD-PARTY PLAINTIFF, NORTHEASTERN UNIVERSITY'S THIRD-PARTY COMPLAINT AND DEMAND FOR JURY TRIAL**

1.    The third-party defendant has no particular knowledge relating to the allegations that Northeastern University is a "not for profit charitable organization" and specifically calls upon Northeastern University to proof same. Moreover, the third-party defendant denies any allegations in this paragraph that Northeastern University was acting as a charitable corporation as relates to this lawsuit or would otherwise be subject to any limitation on its liability in this matter.

2.    The third-party defendant admits the allegations set forth in this paragraph.

1

3. The allegations of this paragraph do not apply to Split Boulder Construction and we therefore decline to answer.

4. The third-party defendant admits the allegations set forth in this paragraph.

5. The third-party defendant admits the allegations set forth in this paragraph.

6. The third-party defendant admits the allegations set forth in this paragraph.

7. The third-party defendant admits the allegations set forth in this paragraph.

8. The third-party defendant admits the allegations set forth in this paragraph.

9. The third-party defendant admits the allegations set forth in this paragraph.

10. The third-party defendant admits the allegations set forth in this paragraph.

11. The third-party defendant admits the allegations set forth in this paragraph.

12. The third-party defendant admits the allegations set forth in this paragraph.

13. Split Boulder Construction admits only that it was hired to perform specific and limited tasks. Split Boulder Construction denies any further allegations in this paragraph.

14. The allegations of this paragraph do not apply to Split Boulder Construction and we therefore decline to answer.

15. Split Boulder Construction admits that the plaintiff's complaint makes said allegations.

16. Split Boulder Construction admits that the plaintiff's complaint makes said allegations.

17. Split Boulder Construction admits that the plaintiff's complaint makes said allegations.

## COUNT I

18. The third-party defendant restates paragraphs 1 through 17 of the complaint.

19. Split Boulder Construction denies that the plaintiff's complaint makes said allegations.

20. Split Boulder Construction denies that the plaintiff's complaint makes said allegations.

The third-party defendant denies that any party is entitled to judgment against it.

## COUNT II

21. The third-party defendant restates paragraphs 1 through 20 of the complaint.

22. Split Boulder Construction denies that the plaintiff's complaint makes said allegations.

The third-party defendant denies that any party is entitled to judgment against it.

## COUNT III

23. The third-party defendant restates paragraphs 1 through 17 of the complaint.

24. The allegations contained in this paragraph do not apply to Split Boulder Construction and we therefore decline to answer.

25. The allegations contained in this paragraph do not apply to Split Boulder Construction and we therefore decline to answer.

The third-party defendant denies that any party is entitled to judgment against it.

## COUNT IV

26. The third-party defendant restates paragraphs 1 through 17 and 23 through 25 of the complaint.

27. The allegations contained in this paragraph do not apply to Split Boulder Construction and we therefore decline to answer.

The third-party defendant denies that any party is entitled to judgment against it.

**THE THIRD-PARTY DEFENDANT DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

### AFFIRMATIVE DEFENSES

1. The plaintiffs' injuries and damages were caused in whole or in part by the plaintiffs' negligence which was greater than any negligence of the third-party defendant.

2. The plaintiffs' injuries and damages were caused by a person or persons or entity for whose conduct the third-party defendant are not responsible.

3. The cause of action asserted in the complaint should be dismissed for failure to state a claim upon which relief may be granted.

4. The plaintiffs are not entitled to recover because the plaintiffs failed to give timely and sufficient notice of the accident alleged in this Complaint.

5. The third-party defendant has not been given adequate and timely notice of the alleged breach of warranty.

**THE THIRD-PARTY DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

Respectfully submitted,

_____
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on
5/13/05
_____

4