# TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR STATUS CONFERENCE ON WEDNESDAY, DECEMBER 20, 2006, AT 11:OO A.M. BEFORE HON. EDWARD F. HARRINGTON, U.S.S.D.J., IN COURTROOM NO. 13, 5th FLOOR, U. S. COURTHOUSE, BOSTON, MASSACHUSETTS

Town of Brookline v. United States, et al., C.A. 04-12003

Sheehan, et al. v. Chris Mealey Electrical, Inc., et al., C.A. 04-12209

Babcock v. United States, et al., C.A. 04-12647

Ragucci v. Thompson, C.A. 05-10773